NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1141, -1155, -1401

INTERACTIVE HEALTH, LLC (now known as HUMAN TOUCH, LLC)
and DAITO DENKI KOGYU K.K.
(doing business as Daito Electric Machine Industry Company, Ltd.),

Plaintiffs-Appellants,

v.

KING KONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC.,
and BERNARD KOAY,

Defendants-Cross Appellants,

and

WFO IMPORTS LLC,

Defendant-Cross Appellant,

and

BLAIR HAYES,

Defendant-Appellee,

and

HEALTHFIRST LLC,

Defendant.

Appeals from the United States District Court for the Central District of California in case
no. 06-CV-1902, Judge Valerie Baker Fairbank.

ORDER

The court notes that American Lighting Industry, Inc. and Bernard Koay (the debtors) have not filed a status report within the time set by the court's June 3, 2009 order.

Upon consideration thereof

IT IS ORDERED THAT:

The debtors are directed to file a status report within 30 days of the date of this order and every 90 days thereafter concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

FEB 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Leslie F. Vandale, Esq.
Peter J. Korneffel, Jr., Esq.
David A. Dillard, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

JAN HORBALY
CLERK

2009-1141, -1155, -1401                    2